# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00077-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOEY DESHAUN CLARK, | ) | |
| Defendant. | ) | |

For the reasons set forth in the Government's Response in Opposition to Defendant's Motions (Doc. #141),

**IT IS ORDERED** that Defendant Joey Clark's Motions for Bail (Doc. #136) and Clarification of Judgment (Doc. #137) are **DENIED**.

DATED: May 14, 2012.

_____
PHILIP M. PRO
United States District Judge